UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 8:15-cr-162-T-23MAP

ROBERTO VALENTIN TOMALA DE LA CRUZ

## MOTION BY THE UNITED STATES FOR DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a two-level reduction in the defendant's offense level, and in support thereof states as follows:

## MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, the defendant provided truthful and timely information to the United States which resulted in two of his co-defendants pleading guilty.

The United States believes that, because of his efforts on behalf of the United States, Roberto Valentin Tomala De La Cruz should receive a two-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By  s/ Daniel M. Baeza
DANIEL M. BAEZA
Assistant United States Attorney
USAO No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Baeza@usdoj.gov

U.S. v. Roberto Valentin Tomala De La Cruz      Case No. 8:15-cr-162-T-23MAP

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Benjamin Stechschulte, Esq.

By    *s/ Daniel M. Baeza*
DANIEL M. BAEZA
Assistant United States Attorney
USAO No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:    (813) 274-6000
Facsimile:      (813) 274-6358
E-mail:    Daniel.Baeza@usdoj.gov

L:\_Criminal Cases\C\Chiquito, Victor_2015R00990_DMB\p_Motion5K_Tomala De la Cruz.docx

3